# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALAN D. CYPHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS<br><br>*Defendant*, | Case No. 2:22-cv-00248-GMN-BNW |

## DEFENDANT'S REQUEST TO WITHDRAW AN ATTORNEY

Defendant, the Department of Veterans Affairs, respectfully requests that the Court withdraw the appearance of Ioana Cristei as an attorney in this matter.

This case is being handled by the U.S. Attorney's Office for the District of Nevada, not by the Civil Division, National Courts Section, of the Department of Justice. For this reason, we respectfully request that the Court withdraw the appearance of Ioana Cristei in this matter.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Ioana Cristei
IOANA CRISTEI
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480

## ORDER

IT IS ORDERED that ECF No. 13 is GRANTED.

IT IS FURTHER ORDERED that an attorney from the U.S. Attorney's Office for the District of Nevada must file an appearance in this case by 3/25/2022.

IT IS FURTHER ORDERED that Ms. Cristei is kindly directed to ensure that the U.S. Attorney's Office for the District of Nevada receives a copy of this Order.

Finally, counsel is advised that future filings must be submitted on pleading paper.

IT IS SO ORDERED
DATED: 9:34 am, March 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**